Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
FREEMAN & MONDRAGON
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 990-4913
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## STATE OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| MARVIN EASTMAN, | Case No.: 2:07-cv-01658-RLH-RJJ |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| CITY OF NORTH LAS VEGAS, and its POLICE DEPARTMENT, Political Subdivision of the STATE OF NEVADA; POLICE OFFICER DWAYNE MILLER, individually, and as a Police Officer employed by the NORTH LAS VEGAS POLICE DEPARTMENT; and CHIEF OF POLICE MARK PARESI, ASSISTANT CHIEF JOSEPH FORTI, CAPTAIN CHRISTOPHER LAROTUNDA, DEPUTY CHIEF EDWARD FINIZIE, and SERGEANT MICHAEL CARMODY, individually and as Police Officers employed by the NORTH LAS VEGAS POLICE DEPARTMENT; DOES I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

...

...

...

...

...

...

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 7 day of September, 2010

FREEMAN & MONDRAGON

Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
1060 Wigwam Parkway
Henderson, Nevada 89074
Attorney for Defendants

DATED this 7 day of September, 2010.

HAROLD P. GEWERTER, ESQ., LTD.

Harold P. Gewerter, Esq.
Nevada Bar No. 499
2705 Airport Drive
North Las Vegas, Nevada 89032
Attorney for Plaintiff

IT IS SO ORDERED.

**ORDER**

UNITED STATES DISTRICT JUDGE
DATED: September 8, 2010